William Bill Butler 27255
*(full name/prisoner number)*
Unit A1 214B Idaho Corection Institution Orofino
381 Hospital drive
Orofino Idaho 83544
*(complete mailing address)*

U.S. COURTS
AUG 28 2020
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

William Bill Butler 27255
*(full name)*

Plaintiff,

v.

Warden Al Ramirez
Idaho Department of Corrections

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

PRISONER COMPLAINT

Jury Trial Requested: X Yes ___ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

- [X] 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- [ ] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- [ ] Other federal statute *(specify)* _____; or diversity of citizenship.
- [ ] I also ask the federal court to exercise supplemental jurisdiction over state law claims.

**B. PLAINTIFF**

My name is William Bill Butler 27255. I am a citizen of the State of Idaho, presently residing at A1 214 B ICIO 381 Hospital Drive Orofino Id 83544

**C. DEFENDANT(S) AND CAUSE(S) OF ACTION**

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Al Ramirez, who was acting as Warden
   (defendant)                              (job title, if a person; function, if an entity)

   for the State of Idaho Department of Corrections.
   (state, county, city, federal government, or private entity performing a public function)

2. (Factual Basis of Claim) I am complaining that on Sep, 14th 2019, Defendant did
   (dates)

   the following (state how Defendant participated in the violation, and include the reason Defendant so acted if known):
   At a 11:00AM I told Warden Al Ramirez on the above date I was assaulted that I was afraid for my safety. I was in protective custody and was manipulated to max out. I was forced to live on the yard at I.S.C.I... The day I told Warden Ramirez my life was in danger I was assaulted by a known gang member from Aryan Knights (AK) His name Christopher Boyd Harding. He was convicted of Agg. Battery in this case number in Ada County Idaho CR 01-19-4481... Because Warden Al Ramirez did not keep me safe or move me into segregation I was brutally assaulted with burning oil, burning 18% of my body.

3. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Failure to protect 8th Amendment. They also violated the Title II of the ADA Because I'm a disabled citizen. I am paranoid schitsophrenic & bipolar type. I also have 3rd grade education level and was in Behavior health unit and they forced me to live in population that posed serious risk to my safety and also mental health.

4. I allege that I suffered the following injury or damages as a result:
   I was burned with hot boiling oil thrown on me. 18% of my body is now scar tissue as a result of the warden not protecting my safety, the known threat on several records where my life was endangered by these gangs. There are pictures of all my burns in the Ada County case CR 01-19-4481 Christopher Boyd Harding.

5. I seek the following relief: _2 million dollars punative DAMAGES_

6. I am suing Defendant in his/her ___ personal capacity *(money damages from Defendant personally)*, and/or _X_ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or _X_ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
___ Yes ___ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. _I have been in PROtective Custody for several years. I filed a Tort Claim with the State of Idaho I have several kites on file where I told them I could not live in population, I should have never been moved out of the Behavioral Health unit._

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
|  | 1:17 CV 00323 DCN | Butler v. Blades | Dismissed | ✓ |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do _X_ do not ___ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: _I wish to be appointed An attorney. I have A 3rd grade education level And am Diagnosed paranoid schitsophrenic and Bipolar type. I had to have someone else help me with filing this Claim._

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* _____.

Executed at __I C I O__ on __8/19/2020__.
              *(Location)*              *(Date)*

                                    __Bill Butler__
                                    *Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

Continued Complaint: #1                                   8/21/2020

I am a disabled person. In this prison I have been diagnosed with Paranoid schitsophrenia and Bipolar type. I currently take meds for this. I have made several attempts as well to stay in the Behavioral Health unit because of my mental illnesses. I was forced out of the Behavioral health unit, I would have been safe there as well because no gang members from Aryan Knights lived there. I am protected under the constitution certain Rights.

I was flagged from being around gang members from Aryan Knights. (AK) It has been in my file for several years. I made several attempts to get moved away from these gang members. People I attempted to contact were investigations and corporals and sergeants that are all named in the police reports and in the Discovery of the aboved Ada County court case in which CR-01-19-4481 was convicted of Agg. Battery and sentenced to 10 years consecutive for the Brutal attack against me that Warden Al Ramirez knew I was endangered by these gang members and was made aware of that day by me, there should be camera footage that shows us talking in front of the chow hall on the breezeway on this date & because of his blatant disregard for my safety and well being, I was brutally assaulted that night

Continued complaint #2

By the gang Aryan Knights member Christopher Boyd Harding. I suffered 3rd degree burns to my neck, shoulder, arm and back totalling 18% of my body being scarred due to this brutal attack.

Al Ramirez was told by me that I was scared that I was going to be assaulted by these known gang members. Since he did not protect my safety by moving me into protective custody or keeping me segregated from these known documented gang members, I was assaulted and will have 18% of my body scarred for the rest of my life and will be in need of psychological treatment and counseling for post traumatic stress syndrome. I have a hard time being around people in prison as I'm highly traumatized and fear of further retaliation by these gang members and maybe even retaliation by the housing lieutenants who have close friendships and business ties to Al Ramirez the Warden I'm bring this lawsuit against.

William Bill Butler

8/21/2020        X Bill Butler